Marion L. Nichols, Appellant, v. Charles J. Greenstreet, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham, P. J., and Scott, J., dissenting.

Adam Wack, Appellant, v. John J. Tobin and Mary Costigan, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Dunnelle Van Schaick, Respondent, v. The Equitable Trust Company of New York, Appellant, Impleaded with Grant Hugh Browne. William T. R. Price, Respondent, v. The Equitable Trust Company of New York, Appellant, Impleaded with Grant Hugh Browne.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Dennis A. Spellissy, as Receiver, etc., of Abraham Vexler, Respondent, v. Abraham Vexler and Samuel Gordon, Appellants, Impleaded with George Shor. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob M. Sax, Appellant, v. James C. Fargo, as President of the American Express Company, an Unincorporated Association Consisting of More Than Seven Persons, Respondent.— Order modified as directed in order, and as modified affirmed, without costs. No opinion.

Sackett Plaster Board Company v. Amsterdam Building Company. Meyer Guralnick v. Amos F. Eno. Harry T. Ramsey v. George G. Phillips. Bridget Phelan v. Abraham Gabriel.— Applications denied, with ten dollars costs. Orders signed.

Abraham Herrman and Others v. Moritz Altman and Others.— Application granted as stated in order. Order signed.

Hugh Drum v. Philadelphia Casualty Company. John J. Talley and Others v. James Everards Breweries.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs. Orders signed.

John J. Talley and Others v. James Evarards Breweries.— Motion for stay denied, with ten dollars costs.

M. Wilbur Dyer Company v. Benjamin Milberg and Others. Benjamin Milberg and Others v. M. Wilber Dyer and Company.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs. Orders signed. Motions for stay denied, with ten dollars costs.

Albert A. Rosenthal v. Pauline Levy.— Application for leave to appeal from Appellate Term denied, with ten dollars costs.

In the Matter of New York City Interborough Railway Company.— Application granted. Settle order on notice.

The People of the State of New York v. Albert W. Bailey. The People of the State of New York v. Angelo Caluccine. The People of the State of New York v. Giovanni Fiore. The People of the State of New York v. Joseph Fuchs and Edward H. Strauss.— Motions to dismiss appeals granted.

The People of the State of New York v. Gennaro Ghiggeri.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.

The People of the State of New York v. Patrick Lupo.— Motion to dismiss appeal granted.